1  PHILLIP A. TALBERT
   United States Attorney
2  MATTHEW DE MOURA
   Special Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900

5

6  Attorneys for Plaintiff
   United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,

12                          Plaintiff,          CASE NO.  2:24-MJ-0133 CSK

13              v.                              [PROPOSED] ORDER TO FILE REDACTED
                                                COPY OF AFFIDAVIT IN SUPPORT OF
    EUSEBIO CRUZ,                               CRIMINAL COMPLAINT
14
                            Defendant.
15

16

17         The United States' motion to partially unseal the Affidavit in Support of Criminal Complaint in

18  the above-referenced case, to file a redacted copy of the sealed Affidavit, and to keep the Motion to File

19  Redacted Copy of Affidavit in Support of Criminal Complaint is GRANTED.  The Clerk of the Court is

20  directed to seal the original Criminal Complaint and the United States' Motion to Redact.  The Clerk of

    the Court is further directed to file the redacted Criminal Complaint on the public docket.
21

22  DATED: November 6, 2024

23                                              _____
                                                ALLISON CLAIRE
24                                              UNITED STATES MAGISTRATE JUDGE

25

26

27

28

    [PROPOSED] ORDER TO FILE REDACTED COPY OF
    AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT